TRIPLETT *v.* IOWA.

No. 547.   Argued May 21, 1958.—Decided June 16, 1958.

*Thomas O. Tacy* argued the cause for petitioner.   With him on the brief was *Herbert S. French.*

*Freeman H. Forrest,* Assistant Attorney General of Iowa, argued the cause for respondent.   With him on the brief was *Norman A. Erbe,* Attorney General.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.